# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160682 & (5)(6)(7)

MELVIN NYLAAN and MARLENE J.
NYLAAN,
      Plaintiffs-Appellees,

v

                                   SC:  160682
                                   COA:  351895
                                   Kent CC:  17-010716-CZ

WOLVERINE WORLD WIDE, INC.,
      Defendant-Appellant,
and

3M COMPANY,
      Defendant.

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The motion for stay of enforcement of the Kent Circuit Court's December 13, 2019 order and the motion for waiver of requirement to move for stay in the trial court are DENIED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2020



s0107

                                           Clerk